**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**BONNIE S FENNEKEN,**

    **Plaintiff,**

v.

    Civil Action 2:10-cv-00111
    **Judge Algenon L. Marbley**
    **Magistrate Judge E.A. Preston Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 30, 2011 Opinion and Order, Plaintiff's Objections (ECF No. 21) are **OVERRULED** and the Report and Recommendation (ECF No. 20) is **ADOPTED**. The Court **GRANTS** the Commissioner's Motion for Summary Judgment (ECF No. 16).

Date: **September 30, 2011**        **James Bonini, Clerk**

                                              s/Betty L. Clark
                                              Betty L. Clark/Deputy Clerk